FILED
CLERK
11/6/2018 3:46 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

# CIVIL CAUSE FOR ORDER TO SHOW CAUSE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 11/6/2018   TIME: 11:00 AM   TIME IN COURT: 20 minutes

CASE: 18-cv-01600-JMA-AKT Stevens Baldo & Lighty, PLLC v. Delluniversita et al

APPEARANCES:   For Plaintiff: Kenneth Walsh

For Defendants: Anthony P. Delluniversita

ALSO PRESENT:   Defendants Anthony J. Delluniversita, Gail A. Delluniversita, and Paul A. Delluniversita

COURT REPORTER:   Rivka Teich

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set:
    Moving papers served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☒ Case to be referred to Magistrate Judge Tomlinson for discovery
- ☐ Jury selection and trial scheduled for
- ☐ status conference scheduled for
- ☒ Other: Defendants are directed to respond to the Amended Complaint by December 5, 2018.  The Court hereby refers this case to mediation.