**LAW OFFICE OF KENNETH G. WALSH**
100 S. Bedford Road, 3rd FL.
Mt. Kisco, New York 10549
(929) 241-7307

May 9, 2019

<u>Via ECF</u>

Magistrate Judge James Orenstein
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Stevens Baldo & Lighty, PLLC v. Anthony J. Delluniversita & Paul A. Delluniversita,*
           2:18-CV-1600 (E.D.N.Y.)

Dear Judge Orenstein:

    In accordance with your Honor's Minute Order dated May 7, 2019, the parties have conferred and are available for a status conference with our respective clients on either May 20 or 21st.

                                        Respectfully submitted,

                                          Kenneth G. Walsh

Cc: Anthony P. Delluniversita, Esq.