UNITED STATES DISTRICT COURT                    Civil Conference
EASTERN DISTRICT OF NEW YORK                    Minute Order

Before: James Orenstein                         Date:    5/21/2019
   U.S. Magistrate Judge        Time:    4:00 p.m.

*Stevens Baldo & Lighty PLLC v. Anthony J. Delluniversita, et al.*
18-CV-1600 (MKB) (JO)

Type of Conference:  Status

Appearances:  Plaintiff    Kenneth G. Walsh (counsel), Nick Baldo (client)

     Defendant    Anthony P. Delluniversita (counsel); Anthony J. Delluniversita, Paul A. Delluniversita, Gail A. Delluniversita, Kelly Walsh (clients)

Scheduling:

1. The next status conference will be held on September 17, 2019, at 9:30 a.m.

2. A pretrial conference will be held on November 15, 2019, at 9:30 a.m.

Summary: I discussed with the parties and their counsel the plaintiff's motion for sanctions, which the plaintiff withdrew. I encouraged the parties to focus their efforts on an orderly resolution of the merits of the claims rather than ancillary issues. The defendants intend to engage substitute counsel who does not labor under a conflict of interest; their current counsel will submit a letter by May 28, 2019, specifying when new counsel will appear.

          SO ORDERED

        _____/s/_____
        James Orenstein
        U.S. Magistrate Judge