UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| STEVENS BALDO & LIGHTY, PLLC, | : | |
| | : | |
| Plaintiff, | : | 2:18-CV-1600 (MKB) (JO) |
| | : | |
| v. | : | **REQUEST FOR CERTIFICATE** |
| | : | **OF DEFAULT** |
| ANTHONY J. DELLUNIVERSITA, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

TO: DOUGLAS C. PALMER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Please enter default of defendant, PCA Collectibles, Inc., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Kenneth G. Walsh.

Dated: June 28, 2019

  /s/ Kenneth G. Walsh
Kenneth G. Walsh
Law Office of Kenneth G. Walsh
100 S. Bedford Rd., 3rd Fl.
Mt. Kisco, NY 10549
(929) 241-7307
kwalsh@kgwalshlegal.com

*Attorney for Plaintiff*