**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVENS BALDO & LIGHTY, PLLC, | : |
| Plaintiff, | : 2:18-CV-1600 MKB-JO |
| v. | : |
| ANTHONY J. DELLUNIVERSITA, et al., | : **CERTIFICATE OF DEFAULT** |
| Defendants. | : |

    I, Douglas C. Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant, PCA Collectibles, Inc., has not filed an answer or otherwise moved with respect to the complaint herein. The default of PCA Collectibles, Inc. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:          , 2019

                                      DOUGLAS C. PALMER, Clerk of Court

                                      By: _____
                                                    Deputy Clerk