**LAW OFFICE OF KENNETH G. WALSH**

100 S. Bedford Road, 3rd FL.
Mt. Kisco, New York 10549
(929) 241-7307

July 9, 2019

Via ECF

Magistrate Judge James Orenstein
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Stevens Baldo & Lighty, PLLC v. Anthony J. Delluniversita et al.*,
2:18-CV-1600-MKB-JO (E.D.N.Y.)

Dear Judge Orenstein:

Per the Court's Minute Order of this date, Plaintiff wish to depose the following parties in the above-referenced matter:

1. Anthony J. Delluniversita;
2. Gail A. Delluniversita;
3. Paul A. Delluniversita; and
4. Anthony P. Delluniversita.

Respectfully submitted,

Kenneth G. Walsh