**ANTHONY P. DELLUNIVERSITA**
Attorney at Law
2 W Main Street, Suite SE3A
Bay Shore, New York 11706
Tel: (631) 251-7570    Fax: (716) 919-1480
Email: anthony@apdlaw1.com

July 9, 2019

Hon. Magistrate Judge
James Orenstein
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Stevens Baldo Lighty, PLLC v. Anthony J. DellUniversita et al.
    Civil Action No.: 2:18-cv-1600

Judge Orenstein:

    In accordance with the court Order dated July 8, 2019, the defendants wish to depose the following:

1. Principal of plaintiff- Lyn Stevens
2. Principal of plaintiff- Don Lighty
3. Principal of plaintiff- Nicholas Baldo

    Thank you.

                                                      Respectfully,

                                                      /s Anthony P. DellUniversita
                                                      _____
                                                      Anthony P. DellUniversita- (APD 9294)
                                                      Attorney for Defendants
                                                      2 W. Main Ste- Suite SE3A
                                                      Bay Shore, New York 11706
                                                      (631) 251-7570

CC: Kenneth Walsh
Via email to kwalsh@kgwalshlegal.com