**A.P. DELLUNIVERSITA & ASSOC., LLC**
2 W Main Street, Suite SE3A
Bay Shore, New York 11706
Tel: (631) 251-7570    Fax: (716) 919-1480
Email: anthony@apdlaw1.com

July 23, 2019

Hon. Magistrate Judge
James Orenstein
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Stevens Baldo Lighty, PLLC v. Anthony J. DellUniversita et al.
      Civil Action No.: 2:18-cv-1600

Judge Orenstein:

      As per Your Honor's Order, disqualifying Anthony P. DellUniversita and the office of A.P. DellUniverita & Assoc., LLC, as the attorney for Paul A. DellUniversita, Gail A. DellUniversita, individually and as trustee, Anthony J. DellUniversita and Kelly Walsh, please accept the attached notice of withdrawal as counsel for Paul A. DellUniversita, Gail A. DellUniversita, individually and as trustee, Anthony J. DellUniversita and Kelly Walsh. Each defendant was notified of the Court Order disqualifying counsel.

      Pursuant to the Rule of Professional Conduct, this office is and will assist the remaining defendants procuring new counsel by preserving all paperwork, promptly providing incoming counsel with any documents or information he or she may need and informing the defendants and their new counsel of any upcoming deadlines to be complied with.

      Thank you.

      Respectfully,

      /s Anthony P. DellUniversita
      _____
      Anthony P. DellUniversita- (APD 9294)
      Attorney for Defendants
      2 W. Main Ste- Suite SE3A
      Bay Shore, New York 11706
      (631) 251-7570

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
STEVENS BALDO & LIGHTY, PLLC,

                              Plaintiffs,

                                         Civil Action No.: 2:18-cv-1600
                                         (MKB)-(JO)

    -against     -

ANTHONY J. DELLUNIVERSITA, PAUL A. DELLUNIVERSITA
Anthony P. DELLUNIVERSITA, Gail A. DELLUNIVERSITA. Ind.,
And as Trustee of the Gail A. DELLUNIVERSITA
Kelly Walsh,
                              Defendant(s),
-----------------------------------------------------------------------X

## WITHDRAWEL OF COUNSEL

### TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that A.P. DellUniverita & Assoc., LLC by Anthony P. DellUniversita, admitted or otherwise authorized to practice in this court, hereby withdraws, as per a Court Order, as counsel for the DEFENDANTS, Anthony J. Delluniversita, Paul A. Delluniversita, Gail A. DELLUNIVERSITA. Ind., and as Trustee of the Gail A. Delluniversita, Kelly Walsh, in the above-referenced action.

Dated: July 23, 2019

                                                /s Anthony P. DellUniversita
                                                _____
                                                Anthony P. DellUniversita (APD-9294)
                                                2 W. Main Street- Suite SE3
                                                Bay Shore, New York 11706
                                                Tel: 631-251-7570
                                                Fax: (716) 919-1480
                                                Email: anthony@apdlaw1.com