UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
STEVENS BALDO & LIGHTY, PLLC,

                                      Plaintiffs,

                                                                     Civil Action No.: 2:18-cv-1600
                                                                     (MKB)-(JO)

      -against        -

ANTHONY J. DELLUNIVERSITA, PAUL A. DELLUNIVERSITA
Anthony P. DELLUNIVERSITA, Gail A. DELLUNIVERSITA. Ind.,
And as Trustee of the Gail A. DELLUNIVERSITA
Kelly Walsh,
                                  Defendant(s),
-----------------------------------------------------------------------X

## APPEARANCE OF COUNSEL

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that A.P. DellUniverita & Assoc., LLC by Anthony P. DellUniversita, admitted or otherwise authorized to practice in this court, appears in this case as counsel for the DEFENDANT, Anthony P. DellUniversita, in the above-referenced action.

Dated: July 23, 2019

                                                                     /s *Anthony P. DellUniversita*
                                                                     _____

                                                                     Anthony P. DellUniversita (APD-9294)
                                                                     2 W. Main Street- Suite SE3
                                                                     Bay Shore, New York 11706
                                                                     Tel: 631-251-7570
                                                                     Fax: (833) 245-6690
                                                                     Email: anthony@apdlaw1.com