**ANTHONY P. DELLUNIVERSITA**
Attorney at Law
2 W Main Street, Suite SE3A
Bay Shore, New York 11706
Tel: (631) 251-7570    Fax: (716) 919-1480
Email: anthony@apdlaw1.com

July 31, 2019

Hon. Magistrate Judge
James Orenstein
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Stevens Baldo Lighty, PLLC v. Anthony J. DellUniversita et al.
      Civil Action No.: 2:18-cv-1600

Judge Orenstein:

      Attached here is an updated letter regarding the health of Anthony J. Delluniversita. This letter is not on his behalf or in furtherance of any application but simply to inform the court what the status of his condition is because he cannot do so himself. Based on Your Honor's Order from July 24, 2019 and today July 31, 2019 it is important that the docket be clear and the court have awareness of Anthony J.'s ongoing condition and inability to prepare any letters, applications, or documents on his own and his inability to concentrate, read and understand what is currently going on.

      Should the court want any additional information or updates I will certainly assist if needed. Please take notice that although the letter is dated July 16, 2019, it was not provided until Thursday July 25, 2019.

      Thank you.

                                                      Respectfully,

                                                      /s Anthony P. DellUniversita
                                                      _____
                                                      Anthony P. DellUniversita- (APD 9294)
                                                      Attorney for Defendants
CC: Kenneth Walsh                                2 W. Main Ste- Suite SE3A
Ecf                                                 Bay Shore, New York 11706
                                                      (631) 251-7570

**EXHIBIT A**



## St. Charles Hospital
### Catholic Health Services
### At the heart of health

Department of Physical Medicine and Rehabilitation
200 Belle Terre Road, Port Jefferson, NY 11777
Tel: (631) 474-6879 Fax: (631) 474-6448

07/16/2019

Re:   Mr. Anthony Delluniversita
      DOB: 06/24/1955

To whom it may concern:

This is to certify that Mr. Anthony Delluniversita is a 64 year old male with multiple past medical problems, presented to Southside Hospital on 6/23/2019 with complaint of acute onset of dizziness   MRI brain revealed acute moderate to large right occipital lobe infarct.  Acute tiny left cerebellar hemisphere lacunar infarct.  He was discharge on 6/20/2019.  Back to ER On-6/23/19   Repeat MRI brain on 6/26/19  showed slightly increased size of an acute/subacute right temporal occipital infarct, with new areas of restricted diffusion in the right occipital and posterior temporal lobes.  He was stabilized and transferred to St Charles Hospital for acute rehabilitation on 07/05/2019.  He has been an inpatient under my care since then.  His Current Functional Status:

```
Ambulation:
Ambulation Distance (Feet): 50 Feet (44' x1, 50' x1, )
Ambulation Assistance: Mod Assist, Max Assist, WC Follow
Device: Rolling walker (IV pole (2nd person to manage))
Bed mobility:
Bed Mobility
ROLL LEFT AND RIGHT: Contact Guard
SIT TO LYING: Min Assist
LYING TO SITTING ON SIDE OF BED: Min Assist
Transfers:
Transfers
SIT TO STAND: Min Assist
Stand to Sit: Min Assist, Mod Assist
Bed to Chair Transfer Type: Stand Pivot
CHAIR/BED-TO-CHAIR TRANSFER: Mod Assist
Other Transfers: SPT from w/c<>commode requiring mod/maxA.
Posture: Significant L lateral lean
ADL:
ADL
Where Assessed: Supine, bed, Wheelchair
EATING ASSISTANCE: Supervision
Eating Deficit: Supervision/safety, Setup
```

ORAL HYGIENE ASSISTANCE: Supervision
Grooming Assistance: Supervision
Grooming Deficit: Setup, Supervision/safety, Increased time to complete
SHOWER/BATHING ASSISTANCE: Min assist
Bathing Deficit: Setup, Steadying, Verbal cueing, Supervision/safety, Increased time to complete
UPPER BODY DRESSING ASSISTANCE: Contact guard
Upper Body Dressing Deficit: Setup, Verbal cueing, Supervision/safety, Increased time to complete
LOWER BODY DRESSING ASSISTANCE: Min assist
Lower Body Dressing Deficit: Setup, Supervision/safety, Verbal cueing, Increased time to complete, Steadying
PUTTING ON/TAKING OFF FOOTWEAR: Supervision
Footwear Deficit: Setup, Supervision/safety, increased time to complete
TOILETING HYGIENE:   (TBA)

If you have any further question, please do not hesitate to contact me.

Sincerely yours,

Jun Zhang, MD

[Stamp: ST. CHARLES HOSPITAL PM&R Department / Advanced Rehabilitation Medicine, PLLC / 200 Belle Terre Road / Port Jefferson, NY 11777]