UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STEVENS BALDO & LIGHTY, PLLC,                                    ORDER
                              Plaintiff,
                - against -
ANTHONY J. DELLUNIVERSITA, et al.,                               18-CV-1600(MKB) (JO)
                              Defendants.
-----------------------------------------------------------X

James Orenstein, Magistrate Judge:

        Any party that opposes plaintiff's motion to amend the second amended complaint, as set

forth in Docket Entry 128, can submit reasons for their opposition by September 11, 2019. I

respectfully direct the plaintiff's counsel to serve this order promptly on all unrepresented

defendants.

        SO ORDERED.

Dated:  Brooklyn, New York
        September 6, 2019

                                                        _____/s/_____
                                                        James Orenstein
                                                        U.S. Magistrate Judge