

**ORIGINAL**

Anthony J. DellUniversita
56 Easton Avenue
North Babylon, NY 11703

September 6, 2019

Hon. Magistrate Judge James Orenstein
Eastern District of New York
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    RE:    Stevens Baldo Lighty, PLLC v. Anthony J. DellUniversita et al.-
             Civil Action No.: 2:18-cv-1600

    RE:    Application for stay

Judge Orenstein:

    I have filed a pro se notice of appearance in the action reference above. I am filing this letter as an application to temporarily stay proceedings against me due to my recent medical issues. I have attached a recent letter from my treating physician. I am currently home since August 16, 2019, just about two full months from my first stroke on June 16, 2019.

    I wish to resolve this legal matter, unfortunately I am not able to competently and adequately defend the allegation or comprehend what exactly is going on, has taken place or will occur. I am working toward a recovery and will notify the court with a letter from my physician once I am cleared to resume normal life activities.

    I apologize for the inconvenience to the court and all other parties. Thank you. I have notified all the partier and/or the respective attorneys for each.

Sincerely,

Anthony J. DellUniversita

RECEIVED
SEP 09 2019
PRO SE OFFICE

To:    Kenneth Walsh- plaintiffs' attorney
100 S. Bedford Road
3rd Floor
Mt. Kisco, NY 10549

Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530
Attorney for Paul A. Delluniversita, Kelly Walsh-DellUniversita, and Gail A. DellUniversita

Anthony P. DellUniversita
2 W. Main Street
Suite SE3A
Bay Shore, NY 11706
Pro se defendant