
**ORIGINAL**

Anthony J. DellUniversita
56 Easton Avenue
North Babylon, NY 11703

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ SEP 09 2019 ★
BROOKLYN OFFICE


RECEIVED
SEP 09 2019
PRO SE OFFICE

September 6, 2019

United States District Court
Eastern District of New York
Pro Se Department
225 Cadman Plaza East
Brooklyn, New York 11201

    RE:    Stevens Baldo Lighty, PLLC v. Anthony J. DellUniversita et al.-
            Civil Action No.: 2:18-cv-1600

    RE:    Pro se notice of appearance

    RE:    Application for stay

Dear Sir or Madam:

    Please accept this letter as a pro se notice of appearance for the matter referenced above. I have attached to this notice of appearance a letter for an application to stay proceedings to the Hon. Magistrate Judge James Orenstein, who is presiding over this case.

    If you should need any additional information, please contact me at 631-807-3433. Any correspondence via mail I would kindly ask to be sent to the above address. Thank you.

    Please note I have sent this letter along with the attachment to the addresses for the plaintiff's counsel and the counsel for the remaining defendants.

Sincerely,

*[signature]*
Anthony J. DellUniversita

To:    Kenneth Walsh- plaintiffs' attorney
        100 S. Bedford Road
        3rd Floor
        Mt. Kisco, NY 10549

        Moritt Hock & Hamroff LLP
        400 Garden City Plaza

Garden City, NY 11530
Attorney for Paul A. Delluniversita, Kelly Walsh-DellUniversita, and Gail A. DellUniversita

Anthony P. DellUniversita
2 W. Main Street
Suite SE3A
Bay Shore, NY 11706
Pro se defendant