UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STEVENS BALDO & LIGHTY, PLLC,

        Plaintiff,

v.

ANTHONY J. DELLUNIVERSITA, PAUL A.
DELLUNIVERSITA, KELLY WALSH,
ANTHONY P. DELLUNIVERSITA, GAIL A.
DELLUNIVERSITA, INDIVIDUALLY AND
AS THE TRUSTEE OF THE GAIL A.
DELLUNIVERSITA LIVING TRUST,
PCI COIN GRADING, INC.,
AND PCA COLLECTIBLES, INC.,

        Defendants.

Case No. 2:18-CV-01600-MKB-JO

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE THAT**

Kelly D. Schneid
Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, New York 11530
(516) 873-2000
kschneid@moritthock.com

hereby appears as counsel on behalf of Defendants Paul A. Delluniversita, Kelly Walsh, and Gail A. Delluniversita, individually and as the trustee of the Gail A. Delluniversita Living Trust in above-captioned action.

Dated: Garden City, New York
      September 12, 2019

MORITT HOCK & HAMROFF LLP

By:   /s/ Kelly Schneid
      Kelly Schneid
      400 Garden City Plaza
      Garden City, New York 11530
      (516) 873-2000
      kschneid@moritthock.com

2025257v1