UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STEVENS BALDO & LIGHTY, PLLC,

        Plaintiff,

v.

ANTHONY J. DELLUNIVERSITA, PAUL A. DELLUNIVERSITA, KELLY WALSH, ANTHONY P. DELLUNIVERSITA, GAIL A. DELLUNIVERSITA, INDIVIDUALLY AND AS THE TRUSTEE OF THE GAIL A. DELLUNIVERSITA LIVING TRUST, PCI COIN GRADING, INC., AND PCA COLLECTIBLES, INC.,

        Defendants.

Case No. 2:18-CV-01600-MKB-JO

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE THAT**

Danielle J. Marlow
Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, New York 11530
(516) 873-2000
dmarlow@moritthock.com

hereby appears as counsel on behalf of Defendants, Paul A. Delluniversita and Kelly Walsh, in above-captioned action.

Dated: Garden City, New York
        August 19, 2019

        MORITT HOCK & HAMROFF LLP

By:   /s/ Danielle J. Marlow
      Danielle J. Marlow

      400 Garden City Plaza
      Garden City, New York 11530
      (516) 873-2000
      dmarlow@moritthock.com

      *Attorneys for Defendants. Paul A.*
      *Delluniversita and Kelly Walsh*

2025975v1