UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
STEVENS BALDO & LIGHTY, PLLC,                       ORDER
                         Plaintiff,
         - against -
ANTHONY J. DELLUNIVERSITA, et al.,                  18-CV-1600(MKB) (JO)
                         Defendants.
----------------------------------------------------------X

James Orenstein, Magistrate Judge:

      I deny the motion for a stay, Docket Entry 140, without prejudice to the movant's right to seek scheduling relief as to particular discovery requests. I caution, however, that I am unlikely to grant even such more limited relief on a showing similar to that made in support of the instant motion. The doctor's letter submitted in support of the motion does not explain why the movant, who is not hospitalized, is unable to represent himself and take part in these proceedings as needed. Moreover, the movant does not explain why he does not simply engage counsel to relieve him of the burdens of self-representation, as the other members of his family who are also defendants in this case have done. I respectfully direct the plaintiff's counsel to serve this order promptly on all unrepresented defendants.

      SO ORDERED.

Dated:  Brooklyn, New York
        September 13, 2019

                                                          _____/s/_____
                                                          James Orenstein
                                                          U.S. Magistrate Judge