**EXHIBIT A**

DellUniversita:          Checks Payable to Mass Mutual

**Mass Mutual**
**Last Updated - 3/20/19**

|    | Date | Check # | Amount | Misc. Info |
|----|------|---------|--------|------------|
| 1  | 9/25/2012 | 6846 | $ 19,540.00 | Paul/Anthony Acct. # on Check |
| 2  | 11/14/2012 | 6876 | $ 16,105.00 | To Gail's IRA - $14,500 + $1605 match |
|    | **Subtotal 2012** | | **$ 35,645.00** | |
|    | | | | **Date Posted** |
| 3  | 1/22/2013 | 11054 | $ 560.00 | |
| 4  | 1/28/2013 | 11060 | $ 280.00 | |
| 5  | 2/4/2013 | 11066 | $ 560.00 | |
| 6  | 2/11/2013 | 11072 | $ 560.00 | |
| 7  | 2/18/2013 | 11078 | $ 560.00 | |
| 8  | 2/25/2013 | 11085 | $ 560.00 | |
| 9  | 3/4/2013 | 11092 | $ 560.00 | |
| 10 | 3/11/2013 | 11100 | $ 560.00 | |
| 11 | 3/19/2013 | 11107 | $ 560.00 | |
| 12 | 4/3/2013 | 11120 | $ 560.00 | |
| 13 | 4/9/2013 | 11126 | $ 560.00 | |
| 14 | 4/18/2013 | 11132 | $ 560.00 | |
| 15 | 4/23/2013 | 11138 | $ 560.00 | |
| 16 | 4/29/2013 | 11144 | $ 560.00 | |
| 17 | 5/8/2013 | 11150 | $ 560.00 | |
| 18 | 5/10/2013 | 11162 | $ 560.00 | |
| 19 | 5/26/2013 | 11114 | $ 560.00 | |
| 20 | 5/28/2013 | 11182 | $ 560.00 | |
| 21 | 6/4/2013 | 11191 | $ 560.00 | |
| 22 | 6/10/2013 | 11200 | $ 560.00 | |
| 23 | 6/17/2013 | 7568 | $ 560.00 | |
| 24 | 6/25/2017 | 7569 | $ 560.00 | |
| 25 | 7/1/2013 | 7570 | $ 560.00 | |
| 26 | 7/29/2013 | 11242 | $ 560.00 | |
| 27 | | 11229 | $ 560.00 | 7/30/2013 |
| 28 | | 11235 | $ 560.00 | 7/30/2013 |
| 29 | 8/5/2013 | 11249 | $ 560.00 | |
| 30 | 8/12/2013 | 11256 | $ 560.00 | |
| 31 | 8/20/2013 | 11262 | $ 560.00 | |
| 32 | 8/27/2013 | 11268 | $ 560.00 | |
| 33 | 9/3/2013 | 11274 | $ 560.00 | |
| 34 | 9/9/2013 | 11280 | $ 560.00 | |
| 35 | 9/23/2013 | 11292 | $ 560.00 | |

DellUniversita:        Checks Payable to Mass Mutual

| | | | | | |
|---|---|---|---|---|---|
| 36 | 9/26/2013 | 11286 | $ | 560.00 | |
| 37 | 9/30/2013 | 11298 | $ | 560.00 | |
| 38 | 10/7/2013 | 11303 | $ | 560.00 | |
| 39 | 10/14/2013 | 11309 | $ | 560.00 | |
| 40 | 10/21/2013 | 11314 | $ | 280.00 | |
| 41 | 10/28/2013 | 11319 | $ | 280.00 | |
| 42 | 11/11/2013 | 11323 | $ | 280.00 | |
| 43 | 11/18/2013 | 11328 | $ | 240.00 | |
| 44 | 12/9/2013 | 11341 | $ | 280.00 | |
| 45 | 12/16/2013 | 11346 | $ | 280.00 | |
| 46 | 12/23/2013 | 11351 | $ | 280.00 | |
| 47 | 12/30/2013 | 11355 | $ | 280.00 | |
| | Subtotal- 2013 | | $ | 22,640.00 | |
| 48 | 1/6/2014 | 11360 | $ | 560.00 | |
| 49 | 1/14/2014 | 11366 | $ | 840.00 | |
| 50 | 1/20/2014 | 11371 | $ | 560.00 | |
| 51 | 1/27/2014 | 11377 | $ | 560.00 | |
| 52 | 2/10/2014 | 11388 | $ | 280.00 | |
| 53 | 2/11/2014 | 11383 | $ | 560.00 | |
| 54 | 2/17/2014 | 11393 | $ | 280.00 | |
| 55 | 2/24/2014 | 11397 | $ | 280.00 | |
| 56 | 3/3/2014 | 11402 | $ | 280.00 | |
| 57 | 3/10/2014 | 11406 | $ | 280.00 | |
| 58 | 3/17/2014 | 11411 | $ | 280.00 | |
| 59 | 3/25/2014 | 11416 | $ | 280.00 | |
| 60 | 4/2/2014 | 11421 | $ | 280.00 | |
| 61 | 6/2/2014 | 11454 | $ | 280.00 | |
| 62 | 4/7/2014 | 11426 | $ | 280.00 | 7/8/2014 |
| 63 | 4/15/2014 | 11430 | $ | 280.00 | 7/8/2014 |
| 64 | 5/6/2014 | 11436 | $ | 280.00 | 7/8/2014 |
| 65 | 5/12/2014 | 11441 | $ | 280.00 | 7/8/2014 |
| 66 | 5/19/2014 | 11445 | $ | 280.00 | 7/8/2014 |
| 67 | 5/27/2014 | 11449 | $ | 280.00 | 7/8/2014 |
| 68 | 6/9/2014 | 11459 | $ | 280.00 | 7/8/2014 |
| 69 | 7/19/2014 | 11528 | $ | 280.00 | 12/8/2014 |
| 70 | 9/2/2014 | 11518 | $ | 280.00 | 12/8/2014 |
| 71 | 9/9/2014 | 11523 | $ | 280.00 | 12/8/2014 |
| 72 | 9/22/2014 | 11533 | $ | 280.00 | 12/8/14 |
| 73 | 9/29/2014 | 11538 | $ | 280.00 | 12/8/2014 |
| 74 | 10/6/2014 | 11543 | $ | 280.00 | 12/8/2014 |
| 75 | 10/13/2014 | 11548 | $ | 280.00 | 12/8/14 |

DellUniversita: Checks Payable to Mass Mutual

| # | Date | Check | Amount | | Date |
|---|---|---|---|---|---|
| 76 | 10/20/2014 | 11556 | $ | 280.00 | 12/8/2014 |
| 77 | 10/25/2014 | 11513 | $ | 280.00 | 12/8/2014 |
| 78 | 10/27/2014 | 11563 | $ | 280.00 | 12/8/14 |
| 79 | 11/3/2014 | 11568 | $ | 280.00 | 12/8/2014 |
| 80 | 11/11/2014 | 11573 | $ | 280.00 | 12/8/2014 |
| 81 | | 11580 | $ | 280.00 | 12/8/2014 |
| | Subtotal - 2014 | | $ | 11,200.00 | |
| 82 | 1/5/2015 | 11604 | $ | 280.00 | |
| 83 | 1/12/2015 | 11611 | $ | 560.00 | |
| 84 | 1/20/2015 | 11617 | $ | 280.00 | |
| 85 | 1/26/2015 | 11623 | $ | 280.00 | |
| 86 | 2/2/2015 | 11629 | $ | 280.00 | |
| 87 | 2/9/2015 | 11635 | $ | 280.00 | |
| 88 | 2/10/2015 | 11641 | $ | 280.00 | |
| 89 | 2/24/2015 | 11647 | $ | 280.00 | |
| 90 | 3/2/2015 | 11653 | $ | 280.00 | |
| 91 | 3/9/2015 | 11660 | $ | 560.00 | |
| 92 | 3/31/2015 | 11680 | $ | 560.00 | 10/27/2015 |
| 93 | 6/24/2015 | 11755 | $ | 560.00 | 10/27/2015 |
| 94 | 6/6/2015 | 11738 | $ | 560.00 | 10/27/2015 |
| 95 | 3/16/2015 | 11667 | $ | 560.00 | 10/27/2015 |
| 96 | 4/20/2015 | 11696 | $ | 560.00 | 10/27/2015 |
| 97 | 4/27/2015 | 11702 | $ | 560.00 | 10/27/2015 |
| 98 | 5/4/2015 | 11707 | $ | 280.00 | 10/27/2015 |
| 99 | 5/26/2015 | 11725 | $ | 280.00 | 10/27/2015 |
| 100 | 5/15/2015 | 11719 | $ | 280.00 | 10/27/2015 |
| 101 | 5/12/2015 | 11713 | $ | 280.00 | 10/27/2015 |
| 102 | 3/3/2015 | 11673 | $ | 280.00 | 10/27/2015 |
| 103 | 4/6/2015 | 11685 | $ | 280.00 | 10/27/2015 |
| 104 | 5/1/2015 | 11731 | $ | 280.00 | 10/27/2015 |
| 105 | 6/15/2015 | 11743 | $ | 280.00 | 10/27/2015 |
| 106 | 4/14/2015 | 11690 | $ | 280.00 | 10/27/2015 |
| 107 | 7/13/2015 | 11766 | $ | 280.00 | 10/27/2015 |
| 108 | 7/7/2015 | 11760 | $ | 280.00 | 10/27/2015 |
| 109 | 6/22/2015 | 11748 | $ | 280.00 | 10/27/2015 |
| 110 | 6/4/2015 | 11783 | $ | 280.00 | 10/27/2015 |
| 111 | 8/25/2015 | 11788 | $ | 280.00 | 10/27/2015 |
| 112 | 7/27/2015 | 11777 | $ | 280.00 | 10/27/2015 |
| 113 | 7/21/2015 | 11772 | $ | 280.00 | 10/27/2015 |
| | Subtotal - 2015 | | $ | 11,200.00 | |

DellUniversita: Checks Payable to Mass Mutual

|   |   | Total |   | $80,685.00 |
|---|---|---|---|---|