**EXHIBIT B**

DellUniversita — Checks Payable to Paul A DellUniversita

Paul
Last Updated 3/19

|  | Date Posted | Check # | Amount |
|---|---|---|---|
| 1 | 9/24/2012 | 10978 | 599.87 |
| 2 | 10/5/2012 | 10991 | 599.86 |
| 3 | 10/22/2012 | 10995 | 599.87 |
| 4 | 11/5/2012 | 10999 | 599.86 |
| 5 | 11/19/2012 | 11005 | 599.87 |
| 6 | 11/19/2012 | 11009 | 599.86 |
| 7 | 11/30/2012 | 11013 | 599.87 |
| 8 | 12/4/2012 | 11018 | 599.86 |
| 9 | 12/10/2012 | 11023 | 599.87 |
| 10 | 12/17/2012 | 11029 | 599.86 |
| 11 | 12/26/2012 | 11034 | $599.87 |
|  | Subtotal 2012 |  | $6,598.52 |
| 12 | 1/3/2013 | 11039 | $599.86 |
| 13 | 1/3/2013 | 7049 | $364.00 |
| 14 | 1/8/2013 | 7061 | $1,570.00 |
| 15 | 1/9/2013 | 11043 | $585.24 |
| 16 | 1/16/2013 | 7078 | $1,877.00 |
| 17 | 1/15/2013 | 11047 | $586.19 |
| 18 | 1/17/2013 | 7080 | $3,200.00 |
| 19 | 1/23/2013 | 11052 | $586.18 |
| 20 | 1/30/2013 | 11058 | $586.19 |
| 21 | 1/30/2013 | 7110 | $368.00 |
| 22 | 2/1/2013 | 7122 | $1,085.00 |
| 23 | 2/4/2013 | 11064 | $586.18 |
| 24 | 2/6/2013 | 7146 | $455.00 |
| 25 | 2/12/2013 | 11070 | $586.19 |
| 26 | 2/25/2013 | 11076 | $586.18 |
| 27 | 2/25/2013 | 11082 | $586.19 |
| 28 | 3/1/2013 | 7200 | $1,232.00 |
| 29 | 3/12/2013 | 11089 | $586.18 |
| 30 | 3/13/2013 | 11096 | $586.19 |
| 31 | 3/19/2013 | 7243 | $260.00 |
| 32 | 3/27/2013 | 11104 | $586.18 |
| 33 | 3/27/2013 | 11111 | $586.19 |
| 34 | 4/9/2013 | 11118 | $586.18 |
| 35 | 4/9/2013 | 11124 | $586.19 |
| 36 | 4/11/2013 | 7300 | $676.00 |
| 37 | 4/18/2013 | 11130 | $586.18 |
| 38 | 4/18/2013 | 7312 | $1,077.00 |

DellUniversita        Checks Payable to Paul A DellUniversita

| # | Date | Check # | Amount |
|---|---|---|---|
| 39 | 4/24/2013 | 7328 | $2,287.00 |
| 40 | 4/24/2013 | 11136 | $586.19 |
| 41 | 4/30/2013 | 11142 | $586.18 |
| 42 | 5/3/2013 | 7345 | $781.00 |
| 43 | 5/8/2013 | 11147 | $586.19 |
| 44 | 5/9/2013 | 7377 | $1,337.00 |
| 45 | 5/9/2013 | 7379 | $8,000.00 |
| 46 | 5/14/2013 | 11154 | $586.18 |
| 47 | 5/14/2013 | 7392 | $2,443.00 |
| 48 | 5/23/2013 | 11167 | $585.19 |
| 49 | 5/24/2013 | 7410 | $2,698.00 |
| 50 | 6/4/2013 | 11177 | $586.18 |
| 51 | 6/4/2013 | 7428 | $1,347.00 |
| 52 | 6/6/2013 | 11187 | $586.19 |
| 53 | 6/13/2013 | 7455 | $2,803.00 |
| 54 | 6/13/2013 | 11196 | $586.18 |
| 55 | 6/18/2013 | 11204 | $586.19 |
| 56 | 6/20/2013 | 7474 | $1,936.00 |
| 57 | 6/25/2013 | 11212 | $586.18 |
| 58 | 6/27/2013 | 7483 | $3,534.00 |
| 59 | 7/5/2013 | 11220 | $586.19 |
| 60 | 7/5/2013 | 7512 | $1,359.00 |
| 61 | 7/18/2013 | 7534 | $6,474.00 |
| 62 | 7/26/2013 | 11226 | $586.18 |
| 63 | 7/26/2013 | 11232 | $586.19 |
| 64 | 7/29/2013 | 11239 | $586.18 |
| 65 | 8/1/2013 | 7577 | $1,072.00 |
| 66 | 8/5/2013 | 11246 | $586.19 |
| 67 | 8/13/2013 | 7585 | $678.00 |
| 68 | 8/13/2013 | 11253 | $586.18 |
| 69 | 8/13/2013 | 7612 | $6,405.00 |
| 70 | 8/22/2013 | 11260 | $586.18 |
| 71 | 8/28/2013 | 11266 | $586.19 |
| 72 | 8/29/2013 | 7649 | $2,619.00 |
| 73 | 9/4/2013 | 7673 | $2,074.00 |
| 74 | 9/4/2013 | 11272 | $586.19 |
| 75 | 9/9/2013 | 11278 | $586.18 |
| 76 | 9/11/2013 | 7692 | $2,649.00 |
| 77 | 9/24/2013 | 11284 | $586.19 |
| 78 | 9/25/2013 | 11290 | $586.18 |
| 79 | 9/25/2013 | 7719 | $2,398.00 |
| 80 | 10/2/2013 | 11296 | $586.19 |
| 81 | 10/11/2013 | 7752 | $529.00 |
| 82 | 10/11/2013 | 11301 | $586.18 |
| 83 | 10/16/2013 | 11307 | $586.19 |
| 84 | 10/17/2013 | 7772 | $5,073.00 |

DellUniversita — Checks Payable to Paul A DellUniversita

| # | Date | Check # | Amount |
|---|---|---|---|
| 85 | 10/22/2013 | 11312 | $586.18 |
| 86 | 10/29/2013 | 11317 | $586.18 |
| 87 | 11/5/2013 | 7799 | $868.00 |
| 88 | 11/18/2013 | 11321 | $586.18 |
| 89 | 11/21/2013 | 7850 | $733.00 |
| 90 | 11/21/2013 | 11326 | $586.19 |
| 91 | 11/26/2013 | 11331 | $586.18 |
| 92 | 12/3/2013 | 11335 | $586.19 |
| 93 | 12/13/2013 | 11339 | $586.18 |
| 94 | 12/16/2013 | 7888 | $516.00 |
| 95 | 12/23/2013 | 11344 | $586.19 |
| 96 | 12/26/2013 | 11349 | $586.18 |
| | **Subtotal 2013** | | **$102,097.97** |
| 97 | 1/6/2014 | 7912 | $287.00 |
| 98 | 1/6/2014 | 11353 | $586.19 |
| 99 | 1/6/2014 | 11358 | $586.86 |
| 100 | 1/13/2014 | 7935 | $1,853.00 |
| 101 | 1/17/2014 | 7950 | $2,320.00 |
| 102 | 1/17/2014 | 11364 | $586.87 |
| 103 | 1/23/2014 | 11369 | $586.96 |
| 104 | 1/23/2014 | 7963 | $1,435.00 |
| 105 | 1/27/2014 | 11375 | $586.97 |
| 106 | 2/4/2014 | 7987 | $1,498.00 |
| 107 | 2/6/2014 | 8006 | $2,411.00 |
| 108 | 2/6/2014 | 11381 | $586.96 |
| 109 | 2/14/2014 | 11386 | $586.97 |
| 110 | 2/14/2014 | 8027 | $1,023.00 |
| 111 | 2/18/2014 | 11391 | $586.96 |
| 112 | 2/25/2017 | 11395 | $586.97 |
| 113 | 2/25/2014 | 8050 | $922.00 |
| 114 | 2/25/2014 | 8039 | $489.00 |
| 115 | 3/4/2014 | 11400 | $586.96 |
| 116 | 3/7/2014 | 8072 | $2,199.00 |
| 117 | 3/11/2014 | 11404 | $586.97 |
| 118 | 3/12/2014 | 8085 | $4,000.00 |
| 119 | 3/17/2014 | 11409 | $586.96 |
| 120 | 3/19/2014 | 8098 | $1,938.00 |
| 121 | 3/25/2014 | 11414 | $586.97 |
| 122 | 3/28/2014 | 8112 | $186.00 |
| 123 | 4/2/2014 | 11419 | $586.96 |
| 124 | 4/4/2014 | 8134 | $2,600.00 |
| 125 | 4/9/2014 | 11424 | $586.97 |
| 126 | 4/10/2014 | 8146 | $7,457.00 |
| 127 | 4/14/2020 | 8149 | $1,665.00 |

DellUniversita — Checks Payable to Paul A DellUniversita

| # | Date | Check # | Amount |
|---|------|---------|--------|
| 128 | 4/28/2014 | 8174 | $1,014.00 |
| 129 | 4/30/2014 | 8197 | $1,750.00 |
| 130 | 5/6/2014 | 11434 | $586.96 |
| 131 | 5/12/2014 | 11439 | $586.96 |
| 132 | 5/15/2014 | 8224 | $1,526.00 |
| 133 | 5/19/2014 | 11443 | $586.96 |
| 134 | 5/22/2014 | 8238 | $1,556.00 |
| 135 | 5/28/2014 | 11447 | $586.97 |
| 136 | 6/2/2014 | 11452 | $586.96 |
| 137 | 6/4/2014 | 8246 | $1,754.00 |
| 138 | 6/6/2014 | 8274 | $1,986.00 |
| 139 | 6/9/2014 | 11457 | $586.97 |
| 140 | 6/16/2014 | 11462 | $586.97 |
| 141 | 6/16/2014 | 8296 | $2,093.00 |
| 142 | 6/23/2014 | 11467 | $586.97 |
| 143 | 6/23/2014 | 8318 | $1,574.00 |
| 144 | 6/30/2014 | 11472 | $586.96 |
| 145 | 7/1/2014 | 8337 | $2,688.00 |
| 146 | 7/7/2014 | 8358 | $709.00 |
| 147 | 7/7/2014 | 8353 | $2,181.00 |
| 148 | 7/7/2014 | 11476 | $586.97 |
| 149 | 7/15/2014 | 11481 | $586.96 |
| 150 | 7/17/2014 | 8384 | $3,305.00 |
| 151 | 7/21/2014 | 11486 | $586.97 |
| 152 | 7/24/2014 | 8400 | $3,222.00 |
| 153 | 7/28/2014 | 11491 | $586.96 |
| 154 | 7/30/2014 | 8419 | $3,145.00 |
| 155 | 8/6/2014 | 11496 | $586.97 |
| 156 | 8/7/2014 | 8439 | $1,622.00 |
| 157 | 8/12/2014 | 11501 | $586.96 |
| 158 | 8/14/2014 | 8470 | $2,565.00 |
| 159 | 8/18/2014 | 11506 | $586.97 |
| 160 | 8/21/2014 | 8478 | $2,029.00 |
| 161 | 8/26/2014 | 11411 | $586.96 |
| 162 | 8/28/2014 | 8488 | $2,656.00 |
| 163 | 9/2/2014 | 11516 | $586.97 |
| 164 | 9/3/2014 | 8509 | $2,319.00 |
| 165 | 9/9/2014 | 11521 | $586.96 |
| 166 | 9/11/2014 | 8528 | $1,258.00 |
| 167 | 9/16/2014 | 11526 | $586.97 |
| 168 | 9/18/2014 | 8536 | $2,307.00 |
| 169 | 9/22/2014 | 11531 | $586.96 |
| 170 | 9/29/2014 | 11536 | $586.97 |
| 171 | 10/2/2014 | 8563 | $2,589.00 |
| 172 | 10/6/2014 | 11541 | $586.96 |
| 173 | 10/8/2014 | 8633 | $1,347.00 |

DellUniversita — Checks Payable to Paul A DellUniversita

| # | Date | Check # | Amount |
|---|---|---|---|
| 174 | 10/14/2014 | 11546 | $586.97 |
| 175 | 10/14/2014 | 8638 | $1,556.00 |
| 176 | 10/21/2014 | 11553 | $586.96 |
| 177 | 10/27/2014 | 8592 | $2,594.00 |
| 178 | 10/28/2014 | 108 | $600.00 |
| 179 | 10/28/2014 | 107 | $700.00 |
| 180 | 10/28/2014 | 11560 | $586.97 |
| 181 | 10/29/2014 | 8595 | $1,351.00 |
| 182 | 11/3/2014 | 11565 | $586.96 |
| 183 | 11/6/2014 | 8620 | $1,744.00 |
| 184 | 11/12/2014 | 11570 | $586.97 |
| 185 | 11/13/2014 | 8672 | $251.00 |
| 186 | 11/19/2014 | 11575 | $586.96 |
| 187 | 11/21/2014 | 8678 | $2,047.00 |
| 188 | 11/25/2014 | 8692 | $1,272.00 |
| 189 | 11/25/2014 | 11579 | $586.97 |
| 190 | 12/4/2014 | 11583 | $586.96 |
| 191 | 12/8/2014 | 11587 | $586.96 |
| 192 | 12/11/2014 | 8710 | $964.00 |
| 193 | 12/15/2014 | 11592 | $586.96 |
| 194 | 12/19/2014 | 8731 | $132.00 |
| 195 | 12/23/2014 | 11597 | $586.97 |
| 196 | 12/26/2014 | 8733 | $963.00 |
| | **Subtotal 2014** | | **$121,539.11** |
| 197 | 1/5/2015 | 11601 | $587.77 |
| 198 | 1/8/2015 | 8755 | $1,240.00 |
| 199 | 1/12/2015 | 11608 | $587.78 |
| 200 | 1/16/2015 | 8764 | $2,667.00 |
| 201 | 1/20/2015 | 11614 | $587.77 |
| 202 | 1/26/2015 | 11620 | $587.78 |
| 203 | 1/28/2015 | 8790 | $833.00 |
| 204 | 2/3/2015 | 11626 | $587.77 |
| 205 | 2/5/2015 | 8804 | $1,158.00 |
| 206 | 2/9/2015 | 11632 | $587.78 |
| 207 | 2/12/2015 | 8822 | $1,137.00 |
| 208 | 2/17/2015 | 11638 | $587.77 |
| 209 | 2/24/2015 | 11644 | $587.78 |
| 210 | 2/24/2015 | 8840 | $87.00 |
| 211 | 2/25/2015 | 8850 | $1,471.00 |
| 212 | 3/2/2015 | 11650 | $587.77 |
| 213 | 3/5/2015 | 8866 | $1,127.00 |
| 214 | 3/9/2016 | 11657 | $587.78 |
| 215 | 3/16/2015 | 11664 | $587.77 |
| 216 | 3/18/2015 | 8890 | $1,520.00 |

DellUniversita — Checks Payable to Paul A DellUniversita

| # | Date | Check | Amount |
|---|---|---|---|
| 217 | 3/18/2015 | 8876 | $1,537.00 |
| 218 | 3/23/2015 | 11670 | $587.78 |
| 219 | 3/25/2015 | 8896 | $932.00 |
| 220 | 3/31/2015 | 11677 | $587.77 |
| 221 | 4/1/2015 | 8917 | $1,775.00 |
| 222 | 4/16/2015 | 8934 | $1,658.00 |
| 223 | 4/16/2015 | 11683 | $587.78 |
| 224 | 4/16/2015 | 11688 | $587.77 |
| 225 | 4/22/2015 | 11694 | $587.78 |
| 226 | 4/24/2015 | 8956 | $2,445.00 |
| 227 | 4/27/2015 | 11700 | $587.77 |
| 228 | 5/1/2015 | 8962 | $2,132.00 |
| 229 | 5/4/2015 | 11705 | $587.78 |
| 230 | 5/11/2015 | 11710 | $587.77 |
| 231 | 5/15/2015 | 8987 | $1,599.00 |
| 232 | 5/18/2015 | 11716 | $587.78 |
| 233 | 5/22/2015 | 9000 | $627.00 |
| 234 | 5/26/2015 | 11722 | $587.77 |
| 235 | 6/1/2015 | 11728 | $587.78 |
| 236 | 6/1/2015 | 9008 | $637.00 |
| 237 | 6/4/2015 | 9029 | $678.00 |
| 238 | 6/9/2015 | 11735 | $587.77 |
| 239 | 6/12/2015 | 9048 | $3,026.00 |
| 240 | 6/15/2015 | 11741 | $587.78 |
| 241 | 6/17/2015 | 9058 | $1,401.00 |
| 242 | 6/22/2015 | 11746 | $587.77 |
| 243 | 6/26/2015 | 9074 | $1,872.00 |
| 244 | 6/29/2015 | 11753 | $587.78 |
| 245 | 7/1/2015 | 9082 | $3,815.00 |
| 246 | 7/7/2001 | 11758 | $587.77 |
| 247 | 7/9/2015 | 9090 | $2,742.00 |
| 248 | 7/14/2015 | 11764 | $587.78 |
| 249 | 7/14/2015 | 9111 | $2,774.00 |
| 250 | 7/21/2015 | 11770 | $587.77 |
| 251 | 7/23/2015 | 9127 | $1,888.00 |
| 252 | 7/27/2015 | 11775 | $587.78 |
| 253 | 7/28/2015 | 9134 | $765.00 |
| 254 | 8/4/2015 | 11781 | $587.77 |
| 255 | 8/6/2015 | 9149 | $1,285.00 |
| 256 | 8/19/2015 | 9183 | $2,485.00 |
| 257 | 8/25/2015 | 11786 | $587.78 |
| 258 | 8/27/2015 | 9195 | $1,543.00 |
| 259 | 9/2/2015 | 9207 | $936.00 |
| 260 | 9/9/2015 | 9212 | $2,180.00 |
| 261 | 9/14/2015 | 9233 | $2,047.00 |
| 262 | 9/23/2015 | 9250 | $2,519.00 |

DellUniversita — Checks Payable to Paul A DellUniversita

| # | Date | Check # | Amount |
|---|---|---|---|
| 263 | 10/1/2015 | 9263 | $2,213.00 |
| 264 | 10/7/2015 | 9277 | $3,064.00 |
| 265 | 10/14/2015 | 9295 | $3,724.00 |
| 266 | 10/21/2015 | 9310 | $4,670.00 |
| 267 | 10/27/2015 | 9321 | $5,135.00 |
| 268 | 11/2/2015 | 9340 | $6,246.00 |
| | Subtotal 2015 | | $100,398.80 |
| | TOTAL: | | $330,634.40 |