**EXHIBIT C**

DellUniversita: Anthony J. DellUniversita

**Anthony J. Delluniversita**
**Last Updated- 3/19/19**

|    | Date Posted | Check # | Amount    |
|----|-------------|---------|-----------|
| 1  | 1/3/2013    | 7050    | $ 921.00  |
| 2  | 1/9/2013    | 7062    | $ 2,730.00|
| 3  | 1/16/2013   | 7079    | $ 3,190.00|
| 4  | 1/17/2013   | 7081    | $ 4,800.00|
| 5  | 1/22/2013   | 11050   | $ 827.71  |
| 6  | 2/6/2013    | 7123    | $ 1,003.00|
| 7  | 2/15/2013   | 11068   | $ 599.87  |
| 8  | 2/15/2013   | 11062   | $ 599.87  |
| 9  | 2/15/2013   | 11056   | $ 827.71  |
| 10 | 2/25/2013   | 11074   | $ 599.87  |
| 11 | 2/26/2013   | 7193    | $ 1,224.00|
| 12 | 2/26/2013   | 11080   | $ 599.87  |
| 13 | 3/11/2013   | 11094   | $ 599.87  |
| 14 | 3/19/2013   | 11087   | $ 599.87  |
| 15 | 3/22/2013   | 11102   | $ 599.87  |
| 16 | 3/29/2013   | 11109   | $ 599.87  |
| 17 | 4/10/2013   | 11116   | $ 599.87  |
| 18 | 4/10/2013   | 11122   | $ 599.87  |
| 19 | 4/10/2013   | 7301    | $ 389.00  |
| 20 | 4/19/2013   | 7313    | $ 991.00  |
| 21 | 4/19/2013   | 11128   | $ 599.87  |
| 22 | 4/25/2013   | 11134   | $ 599.87  |
| 23 | 4/29/2013   | 7330    | $ 2,446.00|
| 24 | 5/6/2013    | 7346    | $ 546.00  |
| 25 | 5/6/2013    | 11140   | $ 599.87  |
| 26 | 5/10/2013   | 7380    | $ 12,000.00|
| 27 | 5/15/2013   | 7393    | $ 3,040.00|
| 28 | 5/15/2013   | 11152   | $ 599.87  |
| 29 | 5/15/2013   | 11145   | $ 599.87  |
| 30 | 5/28/2013   | 11165   | $ 599.87  |
| 31 | 5/10/2013   | 7370    | $ 158.45  |
| 32 | 6/3/2013    | 7378    | $ 1,381.00|
| 33 | 6/3/2013    | 7411    | $ 3,422.00|
| 34 | 6/3/2013    | 11175   | $ 599.87  |
| 35 | 6/3/2013    | 7429    | $ 1,396.00|
| 36 | 6/6/2013    | 11185   | $ 599.87  |
| 37 | 6/13/2013   | 7456    | $ 3,580.00|
| 38 | 6/13/2013   | 11194   | $ 599.87  |
| 39 | 6/20/2013   | 7475    | $ 2,779.00|
| 40 | 6/20/2013   | 11202   | $ 599.87  |

DellUniversita:                          Anthony J. DellUniversita

| # | Date | Number | Amount |
|---|------|--------|--------|
| 41 | 6/28/2013 | 11210 | $ 599.87 |
| 42 | 6/28/2013 | 7484 | $ 4,076.00 |
| 43 | 7/3/2013 | 11218 | $ 599.87 |
| 44 | 7/3/2013 | 7522 | $ 2,413.00 |
| 45 | 7/19/2013 | 7540 | $ 8,586.00 |
| 46 | 7/22/2013 | 11224 | $ 599.87 |
| 47 | 7/29/2013 | 11230 | $ 599.87 |
| 48 | 8/5/2013 | 11237 | $ 599.87 |
| 49 | 8/8/2013 | 11244 | $ 599.87 |
| 50 | 8/8/2013 | 7591 | $ 866.00 |
| 51 | 8/12/2013 | 7608 | $ 8,982.00 |
| 52 | 8/21/2013 | 11251 | $ 599.87 |
| 53 | 8/21/2013 | 11257 | $ 599.87 |
| 54 | 8/28/2013 | 11263 | $ 599.87 |
| 55 | 8/28/2013 | 7650 | $ 3,304.00 |
| 56 | 9/6/2013 | 7674 | $ 2,044.00 |
| 57 | 9/6/2013 | 11269 | $ 599.87 |
| 58 | 9/12/2013 | 7693 | $ 3,349.00 |
| 59 | 9/16/2013 | 11275 | $ 599.87 |
| 60 | 9/25/2013 | 7720 | $ 3,026.00 |
| 61 | 9/25/2013 | 11281 | $ 599.87 |
| 62 | 9/25/2013 | 11287 | $ 599.87 |
| 63 | 10/2/2013 | 11293 | $ 599.87 |
| 64 | 10/2/2013 | 7717 | $ 1,500.00 |
| 65 | 10/9/2013 | 11299 | $ 599.87 |
| 66 | 10/10/2013 | 7753 | $ 1,169.00 |
| 67 | 10/15/2013 | 11304 | $ 599.87 |
| 68 | 10/21/2013 | 7775 | $ 5,984.00 |
| 69 | 10/31/2013 | 7800 | $ 1,678.00 |
| 70 | 11/25/2013 | 7851 | $ 1,474.00 |
| 71 | 12/16/2013 | 7889 | $ 1,150.00 |
| 72 | 12/27/2013 | 7913 | $ 906.00 |
| | Subtotal 2013 | | $ 119,754.19 |
| 73 | 1/6/2014 | 7917 | $ 2,000.00 |
| 74 | 1/13/2014 | 7937 | $ 1,154.00 |
| 75 | 1/21/2014 | 7951 | $ 2,855.00 |
| 76 | 1/21/2014 | 11361 | $ 600.85 |
| 77 | 1/23/2014 | 7964 | $ 2,028.00 |
| 78 | 1/27/2014 | 11367 | $ 600.85 |
| 79 | 1/27/2014 | 11372 | $ 600.85 |
| 80 | 1/31/2014 | 7994 | $ 1,622.00 |
| 81 | 2/4/2014 | 7998 | $ 1,992.00 |

DellUniversita: Anthony J. DellUniversita

| | | | | |
|---|---|---|---|---|
| 82 | 2/6/2014 | 8009 | $ | 1,811.00 |
| 83 | 2/6/2014 | 11378 | $ | 600.85 |
| 84 | 2/10/2014 | 8019 | $ | 475.00 |
| 85 | 2/14/2014 | 8028 | $ | 1,910.00 |
| 86 | 2/18/2014 | 8033 | $ | 1,109.00 |
| 87 | 2/26/2014 | 8051 | $ | 1,758.00 |
| 88 | 3/6/2014 | 8073 | $ | 3,674.00 |
| 89 | 3/12/2014 | 8086 | $ | 6,000.00 |
| 90 | 3/17/2014 | 8095 | $ | 1,120.00 |
| 91 | 3/19/2014 | 8099 | $ | 3,882.00 |
| 92 | 3/26/2014 | 8113 | $ | 654.00 |
| 93 | 4/4/2014 | 8135 | $ | 3,900.00 |
| 94 | 4/10/2014 | 8147 | $ | 5,747.00 |
| 95 | 4/17/2014 | 8161 | $ | 1,547.00 |
| 96 | 4/29/2014 | 8175 | $ | 1,521.00 |
| 97 | 5/6/2014 | 8198 | $ | 2,125.00 |
| 98 | 5/9/2014 | 8217 | $ | 500.00 |
| 99 | 5/22/2014 | 8225 | $ | 2,164.00 |
| 100 | 5/27/2014 | 8240 | $ | 905.00 |
| 101 | 5/27/2014 | 8239 | $ | 2,710.00 |
| 102 | 5/29/2014 | 8257 | $ | 420.00 |
| 103 | 6/4/2014 | 8247 | $ | 2,526.00 |
| 104 | 6/9/2014 | 8275 | $ | 3,296.00 |
| 105 | 6/16/2014 | 8297 | $ | 3,513.00 |
| 106 | 6/20/2014 | 8316 | $ | 2,500.00 |
| 107 | 7/1/2014 | 8336 | $ | 4,000.00 |
| 108 | 7/7/2014 | 8354 | $ | 3,000.00 |
| 109 | 7/7/2014 | 8357 | $ | 1,700.00 |
| 110 | 7/16/2014 | 8383 | $ | 4,800.00 |
| 111 | 7/25/2014 | 8401 | $ | 4,808.00 |
| 112 | 8/1/2014 | 8420 | $ | 4,723.00 |
| 113 | 8/7/2014 | 8440 | $ | 2,808.00 |
| 114 | 8/19/2014 | 8471 | $ | 4,222.00 |
| 115 | 8/21/2014 | 8479 | $ | 3,419.00 |
| 116 | 8/25/2014 | 8487 | $ | 3,959.00 |
| 117 | 9/3/2014 | 8508 | $ | 3,853.00 |
| 118 | 9/11/2014 | 8527 | $ | 2,242.00 |
| 119 | 9/19/2014 | 8537 | $ | 3,835.00 |
| 120 | 9/25/2014 | 8555 | $ | 1,787.00 |
| 121 | 10/2/2014 | 8564 | $ | 4,258.00 |
| 122 | 10/3/2014 | 8576 | $ | 487.50 |
| 123 | 10/8/2014 | 8634 | $ | 1,974.00 |
| 124 | 10/14/2014 | 8639 | $ | 2,709.00 |
| 125 | 10/23/2014 | 8593 | $ | 3,267.00 |

DellUniversita:                    Anthony J. DellUniversita

| # | Date | Check | Amount |
|---|---|---|---|
| 126 | 10/31/2014 | 8597 | $ 2,404.00 |
| 127 | 11/7/2014 | 8659 | $ 1,275.00 |
| 128 | 11/12/2014 | 8621 | $ 2,991.00 |
| 129 | 11/17/2014 | 8658 | $ 5,000.00 |
| 130 | 11/17/2014 | 8673 | $ 752.00 |
| 131 | 11/24/2014 | 8679 | $ 3,446.00 |
| 132 | 12/5/2014 | 8702 | $ 2,008.00 |
| 133 | 12/10/2014 | 8711 | $ 1,521.00 |
| 134 | 12/26/2014 | 8732 | $ 574.00 |
| 135 | 12/31/2014 | 8734 | $ 1,820.00 |
|  | Subtotal 2014 |  | $ 153,463.90 |
| 136 | 1/9/2015 | 8756 | $ 2,236.00 |
| 137 | 1/12/2015 | 11605 | $ 601.84 |
| 138 | 1/16/2015 | 8765 | $ 3,376.00 |
| 139 | 1/29/2015 | 8791 | $ 1,624.00 |
| 140 | 2/9/2015 | 8805 | $ 2,112.00 |
| 141 | 2/18/2015 | 8823 | $ 2,081.00 |
| 142 | 2/18/2015 | 8839 | $ 506.00 |
| 143 | 2/23/2015 | 8806 | $ 305.00 |
| 144 | 2/25/2015 | 8851 | $ 2,582.00 |
| 145 | 3/6/2015 | 8868 | $ 724.00 |
| 146 | 3/9/2015 | 8867 | $ 2,066.00 |
| 147 | 3/12/2015 | 8877 | $ 1,880.00 |
| 148 | 3/16/2015 | 11654 | $ 601.84 |
| 149 | 3/31/2015 | 8891 | $ 1,655.00 |
| 150 | 3/31/2015 | 11661 | $ 601.84 |
| 151 | 4/6/2015 | 8918 | $ 2,038.00 |
| 152 | 4/27/2015 | 11674 | $ 601.84 |
| 153 | 4/28/2015 | 8957 | $ 2,042.00 |
| 154 | 4/29/2015 | 8897 | $ 1,773.00 |
| 155 | 4/30/2015 | 11691 | $ 601.84 |
| 156 | 5/4/2015 | 8935 | $ 3,238.00 |
| 157 | 5/6/2015 | 11697 | $ 601.84 |
| 158 | 5/12/2015 | 8963 | $ 2,573.00 |
| 159 | 5/18/2015 | 8988 | $ 2,733.00 |
| 160 | 5/26/2015 | 9001 | $ 1,316.00 |
| 161 | 5/28/2015 | 9009 | $ 1,330.00 |
| 162 | 6/3/2015 | 9028 | $ 1,392.00 |
| 163 | 6/4/2015 | 9033 | $ 500.00 |
| 164 | 6/10/2015 | 9049 | $ 3,415.00 |
| 165 | 6/15/2015 | 11733 | $ 601.84 |
| 166 | 6/17/2015 | 9059 | $ 2,476.00 |

DellUniversita:                                    Anthony J. DellUniversita

| 167 | 6/19/2015 | 9065 | $ | 1,684.00 |
|---|---|---|---|---|
| 168 | 6/23/2015 | 9078 | $ | 1,700.00 |
| 169 | 7/2/2015 | 9083 | $ | 4,357.00 |
| 170 | 7/2/2015 | 11751 | $ | 601.84 |
| 171 | 7/7/2015 | 9091 | $ | 3,863.00 |
| 172 | 7/15/2015 | 9117 | $ | 4,436.00 |
| 173 | 7/22/2015 | 9126 | $ | 3,207.00 |
| 174 | 7/28/2015 | 9135 | $ | 1,523.00 |
| 175 | 8/5/2015 | 9150 | $ | 2,302.00 |
| 176 | 8/19/2015 | 9184 | $ | 1,728.00 |
| 177 | 8/24/2015 | 9189 | $ | 2,000.00 |
| 178 | 8/26/2015 | 9196 | $ | 2,690.00 |
| 179 | 9/2/2015 | 9208 | $ | 1,404.00 |
| 180 | 9/8/2015 | 9210 | $ | 2,200.00 |
| 181 | 9/10/2015 | 9227 | $ | 1,070.00 |
| 182 | 9/11/2015 | 9228 | $ | 920.00 |
| 183 | 9/14/2015 | 9234 | $ | 2,120.00 |
| 184 | 9/16/2015 | 9239 | $ | 1,050.00 |
| 185 | 9/22/2015 | 9251 | $ | 3,779.00 |
| 186 | 9/30/2015 | 9264 | $ | 3,320.00 |
| 187 | 10/2/2015 | 9271 | $ | 1,500.00 |
| 188 | 10/7/2015 | 9278 | $ | 1,800.00 |
| 189 | 10/8/2015 | 9287 | $ | 1,296.00 |
| 190 | 10/13/2015 | 9294 | $ | 3,500.00 |
| 191 | 10/13/2015 | 9290 | $ | 1,600.00 |
| 192 | 10/16/2015 | 9305 | $ | 2,300.00 |
| 193 | 10/20/2015 | 9311 | $ | 4,205.00 |
| 194 | 10/22/2015 | 9318 | $ | 2,000.00 |
| 195 | 10/28/2015 | 9322 | $ | 4,703.00 |
| 196 | 10/30/2015 | 9339 | $ | 4,900.00 |
| 197 | 11/3/2015 | 9342 | $ | 4,470.00 |

| Subtotal 2015 | | $ | 128,414.72 |
|---|---|---|---|

| TOTAL | | $ | 401,632.81 |
|---|---|---|---|