**EXHIBIT E**

**IRS**
**Last Updated 3/19/19**

|   | Date | Check # | Amount |
|---|---|---|---|
| 1 | 10/19/2012 | 6957 | $ 42,440.00 |
| 2 | 1/15/2013 | 7088 | $ 12,000.00 |
| 3 | 6/28/2013 | 7505 | $ 30,000.00 |
| 4 | 4/14/2015 | 8938 | $ 8,000.00 |
|   |   | TOTAL | $ 92,440.00 |