**EXHIBIT F**

**NY State - Anthony J. Delluniversita & Gail Delluniversita**
Last Updated - 3/21

|   | Date | Check # | Amount | Misc. |
|---|---|---|---|---|
| 1 | 10/12/2012 | 6958 | $ 21,863.00 | |
|   | Subtotal 2012 | | $ 21,863.00 | |
| 2 | 1/15/2013 | 7087 | $ 6,000.00 | |
| 3 | 6/28/2013 | 7506 | $ 1,500.00 | |
|   | Subtotal 2013 | | $ 7,500.00 | |
| 4 | 4/14/2015 | 8937 | $ 8,000.00 | Personal Income Tax |
|   | Subtotal 2015 | | $ 8,000.00 | |
|   | | TOTAL | $ 37,363.00 | |