**EXHIBIT H**

DellUniversita  
Checks Payable to Gail A DellUniversita  
Gail Delluniverita  
Last Updated - 3/20/19

| | Date | Check | Amount | Misc. Info |
|---|---|---|---|---|
| 1 | 9/26/2012 | 10952 | $ 601.62 | using post dates for 2012 |
| 2 | 9/26/2012 | 10956 | $ 601.61 | |
| 3 | 9/26/2012 | 10962 | $ 601.62 | |
| 4 | 9/26/2012 | 10967 | $ 601.61 | |
| 5 | 9/26/2012 | 10972 | $ 601.62 | |
| 6 | 9/26/2012 | 10977 | $ 601.61 | |
| 7 | 11/16/2012 | 10981 | $ 601.62 | |
| 8 | 11/16/2012 | 10986 | $ 601.61 | |
| 9 | 11/16/2012 | 10990 | $ 601.62 | |
| 10 | 11/16/2012 | 10994 | $ 601.61 | |
| 11 | 11/16/2012 | 10998 | $ 601.62 | |
| 12 | 11/16/2012 | 11004 | $ 601.61 | |
| 13 | 12/19/2012 | 11008 | $ 601.61 | |
| 14 | 12/3/2012 | 11012 | $ 601.62 | |
| 15 | 12/19/2012 | 11017 | $ 601.61 | |
| 16 | 12/10/2012 | 11022 | $ 601.62 | |
| 17 | 12/20/2012 | 11028 | $ 601.61 | |
| 18 | 12/31/2012 | 11038 | $ 601.61 | |
| 19 | 12/31/2012 | 11033 | $ 601.62 | |
| | Subtotal 2012 | | $ 11,430.68 | |

| | Date | Check | Amount | Post Date | |
|---|---|---|---|---|---|
| 20 | 2/4/2013 | 11063 | $ 366.02 | 2/15/2013 | |
| 21 | 2/11/2013 | 11069 | $ 366.03 | 2/15/2013 | |
| 22 | 1/20/2013 | 11057 | $ 366.03 | 2/15/2013 | Notice Check # |
| 23 | 1/31/2013 | 11051 | $ 366.02 | 2/15/2013 | Are out of Order |
| 24 | 1/7/2013 | 11042 | $ 586.99 | 2/15/2013 | |
| 25 | 1/15/2013 | 11046 | $ 366.03 | 2/15/2013 | |
| 26 | 2/25/2013 | 11081 | $ 366.03 | 2/15/2013 | |
| 27 | 3/4/2013 | 11088 | $ 366.02 | 2/15/2013 | |
| 28 | 3/11/2013 | 11095 | $ 366.03 | 3/19/2013 | |
| 29 | 3/18/2013 | 11103 | $ 366.02 | 3/28/2013 | |
| 30 | 3/26/2013 | 11110 | $ 366.03 | 3/28/2013 | |
| 31 | 5/6/2013 | 11146 | $ 366.03 | 5/23/2013 | |
| 32 | 5/21/2013 | 11166 | $ 366.03 | 5/23/2013 | |
| 33 | 2/18/2013 | 11075 | $ 366.02 | 5/23/13 | |
| 34 | 4/3/2013 | 11117 | $ 366.02 | 5/23/2013 | |
| 35 | 4/9/2013 | 11123 | $ 366.03 | 5/23/13 | |
| 36 | 4/18/2013 | 11129 | $ 366.02 | 5/23/2013 | |
| 37 | 4/23/2013 | 11135 | $ 366.03 | 5/23/13 | |
| 38 | 4/29/2013 | 11141 | $ 366.02 | 5/23/2013 | |
| 39 | 5/13/2013 | 11153 | $ 366.02 | 8/5/2013 | |

| | DellUniversita | | Checks Payable to Gail A DellUniversita | | |
|---|---|---|---|---|---|
| 40 | 5/29/2013 | 11176 | $ | 366.02 | 8/5/2013 |
| 41 | 6/4/2013 | 11186 | $ | 366.03 | 6/17/2013 |
| 42 | 6/10/2013 | 11195 | $ | 366.02 | 6/17/2013 |
| 43 | 6/17/2013 | 7564 | $ | 366.02 | 8/5/2013 |
| 44 | 6/25/2013 | 7566 | $ | 366.02 | 8/5/2013 |
| 45 | 7/11/2013 | 7567 | $ | 366.02 | 8/5/2013 |
| 46 | 7/17/2013 | 11225 | $ | 366.02 | 8/5/2013 |
| 47 | 7/22/2013 | 11231 | $ | 366.03 | 8/5/2013 |
| 48 | 7/29/2013 | 11238 | $ | 366.02 | 8/5/2013 |
| 49 | 8/6/2013 | 11245 | $ | 366.03 | 9/9/13 |
| 50 | 8/12/2013 | 11252 | $ | 366.02 | 9/9/13 |
| 51 | 8/20/2013 | 11258 | $ | 366.02 | 9/9/13 |
| 52 | 8/27/2013 | 11264 | $ | 366.03 | 9/9/13 |
| 53 | 9/10/2013 | 11294 | $ | 366.03 | 10/31/2013 |
| 54 | 10/7/2013 | 11300 | $ | 366.02 | 10/31/2013 |
| 55 | 10/28/2013 | 11315 | $ | 366.03 | 10/31/2013 |
| 56 | 9/3/2013 | 11270 | $ | 366.03 | 10/31/2013 |
| 57 | 9/9/2013 | 11276 | $ | 366.02 | 10/31/2013 |
| 58 | 9/16/2013 | 11282 | $ | 366.03 | 10/31/2013 |
| 59 | 9/25/2013 | 11288 | $ | 366.02 | 10/31/2013 |
| 60 | 10/14/2013 | 11305 | $ | 366.03 | 10/31/2013 |
| 61 | 10/21/2013 | 11310 | $ | 366.02 | 10/31/2013 |
| 62 | 11/11/2013 | 11320 | $ | 366.02 | 1/27/2014 |
| 63 | 11/18/2013 | 11324 | $ | 399.32 | 1/27/2014 |
| 64 | 11/25/2013 | 11329 | $ | 588.00 | 1/27/2014 |
| 65 | 12/2/2013 | 11333 | $ | 588.01 | 1/27/2014 |
| 66 | 12/9/2013 | 11337 | $ | 366.02 | 1/27/2014 |
| 67 | 12/16/2013 | 11342 | $ | 366.03 | 1/27/2014 |
| 68 | 12/23/2013 | 11347 | $ | 366.02 | 1/27/2014 |
| 69 | 12/30/2013 | 11352 | $ | 366.03 | 1/27/2014 |
| | Subtotal 2013 | | $ | 18,999.45 | |
| 70 | 1/6/2014 | 11356 | $ | 127.63 | 1/27/2014 |
| 71 | 1/14/2014 | 11362 | $ | 127.64 | 1/27/2014 |
| 72 | 2/1/2014 | 7991 | $ | 500.00 | |
| 73 | 1/20/2014 | 11368 | $ | 366.48 | 3/10/2014 |
| 74 | 1/27/2014 | 11373 | $ | 366.49 | 3/10/2014 |
| 75 | 2/3/2014 | 11379 | $ | 366.48 | 3/10/2014 |
| 76 | 2/10/2014 | 11384 | $ | 366.49 | 3/10/2014 |
| 77 | 2/17/2014 | 11389 | $ | 366.48 | 3/10/2014 |
| 78 | 2/24/2014 | 11394 | $ | 366.49 | 3/10/2014 |
| 79 | 3/3/2014 | 11398 | $ | 366.48 | 4/3/2014 |
| 80 | 3/10/2014 | 11403 | $ | 366.49 | 4/3/2014 |
| 81 | 3/17/2014 | 11407 | $ | 366.48 | 4/3/2014 |
| 82 | 3/25/2014 | 11412 | $ | 366.49 | 4/3/2014 |
| 83 | 4/2/2014 | 11417 | $ | 366.48 | 4/3/2014 |

| | DellUniversita | | Checks Payable to Gail A DellUniversita | | |
|---|---|---|---|---|---|
| 84 | 4/7/2014 | 11422 | $ | 366.49 | 4/21/2014 |
| 85 | 4/15/2014 | 11427 | $ | 366.49 | 6/11/2014 |
| 86 | 5/6/2014 | 11432 | $ | 366.49 | 6/11/2014 |
| 87 | 5/19/2014 | 11442 | $ | 366.48 | 6/11/2014 |
| 88 | 5/27/2014 | 11446 | $ | 366.48 | 6/11/2014 |
| 89 | 6/1/2014 | 11450 | $ | 366.49 | 6/11/2014 |
| 90 | 6/9/2014 | 11455 | $ | 366.48 | 6/11/2014 |
| 91 | 5/12/2014 | 11437 | $ | 366.48 | 6/11/2014 |
| 92 | 6/16/2014 | 11460 | $ | 366.49 | 7/30/2014 |
| 93 | 6/23/2014 | 11465 | $ | 366.48 | 7/30/2014 |
| 94 | 6/30/2014 | 11470 | $ | 366.49 | 7/30/2014 |
| 95 | 7/7/2014 | 11475 | $ | 366.48 | 7/30/2014 |
| 96 | 7/14/2014 | 11479 | $ | 366.49 | 7/30/2014 |
| 97 | 7/21/2014 | 11484 | $ | 366.48 | 7/30/2014 |
| 98 | 7/28/2014 | 11489 | $ | 366.49 | 8/5/2014 |
| 99 | 8/12/2014 | 11499 | $ | 366.49 | 8/21/2014 |
| 100 | *8/4/2014 | 11494 | $ | 366.48 | 8/21/2014 |
| 101 | 5/25/2014 | 11211 | $ | 336.03 | 8/21/2014 |
| 102 | 6/17/2014 | 11203 | $ | 336.03 | 8/21/2014 |
| 103 | 7/1/2014 | 11219 | $ | 336.03 | 8/21/2014 |
| 104 | 6/25/2014 | 11509 | $ | 366.49 | 9/15/2014 |
| 105 | 8/18/2014 | 11504 | $ | 366.48 | 9/15/14 |
| 106 | 9/2/2014 | 11514 | $ | 366.48 | 9/15/2014 |
| 107 | 9/9/2014 | 11519 | $ | 366.49 | 9/15/2014 |
| 108 | 9/15/2014 | 11524 | $ | 366.48 | 10/7/2014 |
| 109 | 9/22/2014 | 11529 | $ | 366.49 | 10/7/2014 |
| 110 | 9/29/2014 | 11534 | $ | 366.48 | 10/7/2014 |
| 111 | 11/11/2014 | 11569 | $ | 400.12 | 12/1/2014 |
| 112 | 10/6/2014 | 11539 | $ | 366.49 | 12/1/2014 |
| 113 | 10/13/2014 | 11544 | $ | 366.48 | 12/1/2014 |
| 114 | 10/20/2014 | 11551 | $ | 366.49 | 12/1/2014 |
| 115 | 10/27/2014 | 11558 | $ | 366.48 | 12/1/2014 |
| 116 | 11/3/2014 | 11564 | $ | 366.49 | 12/1/2014 |
| 117 | 11/17/2014 | 11574 | $ | 588.94 | 12/19/2014 |
| 118 | 11/24/2014 | 11578 | $ | 588.93 | 12/19/2014 |
| 119 | 12/2/2014 | 11582 | $ | 588.94 | 12/19/2014 |
| 120 | 12/8/2014 | 11586 | $ | 588.93 | 12/19/2014 |
| 121 | 12/15/2014 | 11590 | $ | 588.94 | 3/13/2015 |
| 122 | 12/22/2014 | 11595 | $ | 588.93 | 3/13/2015 |
| | Subtotal 2014 | | $ | 20,356.49 | |
| 123 | 1/26/2015 | 11618 | $ | 366.94 | 3/13/2015 |
| 124 | 2/9/2015 | 11630 | $ | 366.94 | 3/13/2015 |
| 125 | 3/4/2015 | 11655 | $ | 366.94 | 3/13/2015 |
| 126 | 1/5/2015 | 11600 | $ | 366.93 | 3/13/2015 |
| 127 | 1/12/2015 | 11606 | $ | 366.94 | 3/13/2015 |

| | DellUniversita | Checks Payable to Gail A DellUniversita | | | |
|---|---|---|---|---|---|
| 128 | 1/20/2015 | 11612 | $ | 366.93 | 3/13/2015 |
| 129 | 2/2/2015 | 11624 | $ | 366.93 | 3/13/2015 |
| 130 | 2/16/2015 | 11636 | $ | 366.93 | 3/13/2015 |
| 131 | 2/24/2015 | 11642 | $ | 366.94 | 3/13/2015 |
| 132 | 3/2/2015 | 11648 | $ | 366.93 | 3/13/2015 |
| 133 | 3/9/2015 | 11656 | $ | 166.17 | 3/13/2015 |
| 134 | 3/16/2015 | 11662 | $ | 366.93 | 4/29/15 |
| 135 | 3/23/2015 | 11668 | $ | 366.94 | 4/29/2015 |
| 136 | 3/31/2015 | 11675 | $ | 366.93 | 4/29/15 |
| 137 | 4/6/2015 | 11681 | $ | 366.94 | 4/29/15 |
| 138 | 4/13/2015 | 11686 | $ | 366.93 | 4/30/2015 |
| 139 | 4/20/2015 | 11692 | $ | 366.94 | 4/29/15 |
| 140 | 4/27/2015 | 11698 | $ | 366.93 | 4/29/15 |
| 141 | 5/18/2015 | 11714 | $ | 366.94 | 6/8/2015 |
| 142 | 5/11/2015 | 11708 | $ | 366.93 | 6/8/2015 |
| 143 | 5/4/2015 | 11703 | $ | 366.94 | 6/8/2015 |
| 144 | 5/26/2015 | 11720 | $ | 366.93 | 6/8/2015 |
| 145 | 6/1/2015 | 11726 | $ | 366.94 | 7/2/2015 |
| 146 | 6/8/2015 | 11734 | $ | 366.93 | 7/2/2015 |
| 147 | 6/15/2015 | 11740 | $ | 366.94 | 7/2/2015 |
| 148 | 6/20/2015 | 11751 | $ | 601.84 | 7/2/2015 |
| 149 | 6/22/2015 | 11745 | $ | 366.84 | 7/2/2015 |
| 150 | 6/29/2015 | 11752 | $ | 366.94 | 7/2/2015 |
| 151 | 7/3/2015 | 11763 | $ | 366.94 | 7/29/2015 |
| 152 | 7/7/2015 | 11757 | $ | 366.94 | 7/29/2015 |
| 153 | 7/21/2015 | 11769 | $ | 366.93 | 7/29/2015 |
| 154 | 7/27/2015 | 11774 | $ | 366.94 | 7/29/2015 |
| 155 | 8/25/2015 | 11785 | $ | 366.94 | |
| 156 | 8/14/2015 | 11780 | $ | 366.93 | |

| Subtotal 2015 | | $ | 12,509.85 |
|---|---|---|---|

| TOTAL: | | $ | 63,296.47 |
|---|---|---|---|