**EXHIBIT I**

PCA Checks for Vehicles

**Vehicles**
**Last Updated 3/19/19**

|    | Date       | Check #  | Amount    | Payee         |
|----|------------|----------|-----------|---------------|
|    | **Mercedes Benz** | | | |
| 1  | 10/1/2012  | 6858     | $ 709.00  | Mercedes Benz |
| 2  | 12/3/2012  | 6953     | $ 1,488.90| Mercedes Benz |
| 3  | 1/3/2013   | 7046     | $ 638.10  | Mercedes Benz |
| 4  | 2/1/2013   | 7125     | $ 709.00  | Mercedes-Benz |
| 5  | 4/16/2013  | 7305     | $ 744.45  | Mercedes-Benz |
|    |            | Subtotal | $ 4,289.45|               |

|    | Date       | Check #  | Amount    | Payee |
|----|------------|----------|-----------|-------|
|    | **BMW**    |          |           |       |
| 6  | 10/26/2012 | 6974     | $ 811.47  | BMW   |
| 7  | 11/25/2012 | 6946     | $ 811.47  | BMW   |
| 8  | 12/24/2012 | 7035     | $ 811.47  | BMW   |
| 9  | 1/23/2013  | 7105     | $ 811.47  | BMW   |
| 10 | 2/21/2013  | 7177     | $ 811.47  | BMW   |
| 11 | 3/25/2013  | 7265     | $ 811.47  | BMW   |
| 12 | 4/26/2013  | 7339     | $ 811.47  | BMW   |
| 13 | 5/22/2013  | 7401     | $ 811.47  | BMW   |
| 14 | 6/27/2013  | 7482     | $ 811.47  | BMW   |
| 15 | 7/26/2013  | 7554     | $ 811.47  | BMW   |
| 16 | 8/24/2013  | 7622     | $ 811.47  | BMW   |
| 17 | 9/23/2013  | 7726     | $ 811.47  | BMW   |
| 18 | 10/25/2013 | 7788     | $ 811.47  | BMW   |
| 19 | 11/25/2013 | 7827     | $ 811.47  | BMW   |
| 20 | 12/23/2013 | 7900     | $ 811.47  | BMW   |
| 21 | 1/24/2014  | 7966     | $ 811.47  | BMW   |
| 22 | 2/27/2014  | 8061     | $ 811.47  | BMW   |
| 23 | 3/25/2014  | 8105     | $ 811.47  | BMW   |
| 24 | 4/28/2014  | 8182     | $ 811.47  | BMW   |
| 25 | 5/29/2014  | 8251     | $ 811.47  | BMW   |
| 26 | 6/25/2014  | 8324     | $ 811.47  | BMW   |
| 27 | 7/25/2014  | 8411     | $ 811.47  | BMW   |
| 28 | 8/28/2014  | 8493     | $ 811.47  | BMW   |
| 29 | 9/26/2014  | 8556     | $ 811.47  | BMW   |
|    | Subtotal   |          | $ 19,475.28 |     |

|    | Date       | Check # | Amount   | Payee   |
|----|------------|---------|----------|---------|
|    | **Lincoln**|         |          |         |
| 30 | 10/10/2012 | 6871    | $ 936.72 | Lincoln |
| 31 | 11/20/2012 | 6923    | $ 936.72 | Lincoln |
| 32 | 12/11/2012 | 7000    | $ 936.72 | Lincoln |
| 33 | 1/8/2013   | 7226    | $ 936.72 | Lincoln |
| 34 | 2/9/2013   | 7155    | $ 936.72 | Lincoln |

PCA Checks for Vehicles

| # | Date | Check # | Amount | Vehicle |
|---|------|---------|--------|---------|
| 35 | 3/11/2013 | 7226 | $ 936.72 | Lincoln |
| 36 | 4/9/2013 | 7297 | $ 936.72 | Lincoln |
| 37 | 5/9/2013 | 7385 | $ 936.72 | Lincoln |
| 38 | 6/10/2013 | 7458 | $ 936.72 | Lincoln |
| 39 | 7/18/2013 | 7541 | $ 936.72 | Lincoln |
| 40 | 8/9/2013 | 7606 | $ 936.72 | Lincoln |
| 41 | 9/10/2013 | 7696 | $ 936.72 | Lincoln |
| 42 | 10/10/2013 | 7759 | $ 936.72 | Lincoln |
| 43 | 11/8/2013 | 7822 | $ 936.72 | Lincoln |
| 44 | 12/13/2013 | 7884 | $ 936.72 | Lincoln |
| 45 | 1/9/2014 | 7931 | $ 936.72 | Lincoln |
| 46 | 2/7/2014 | 8014 | $ 936.72 | Lincoln |
| 47 | 3/11/2014 | 8075 | $ 936.72 | Lincoln |
| 48 | 4/9/2014 | 8139 | $ 936.72 | Lincoln |
| 49 | 5/9/2014 | 8211 | $ 936.72 | Lincoln |
| 50 | 6/12/2014 | 8285 | $ 936.72 | Lincoln |
| 51 | 7/14/2014 | 8376 | $ 936.72 | Lincoln |
| 52 | 9/10/2014 | 8517 | $ 936.72 | Lincoln |
| 53 | 10/15/2014 | 8641 | $ 936.72 | Lincoln |
| 54 | 11/12/2014 | 8668 | $ 936.72 | Lincoln |
| 55 | 12/17/2014 | 8726 | $ 936.72 | Lincoln |
| 56 | 1/21/2015 | 8776 | $ 936.72 | Lincoln |
| 57 | 2/17/2015 | 8832 | $ 936.72 | Lincoln |
| 58 | 3/12/2015 | 8879 | $ 936.72 | Lincoln |
| 59 | 4/15/2015 | 8941 | $ 936.72 | Lincoln |
| 60 | 5/20/2015 | 8998 | $ 936.72 | Lincoln |
| 61 | 6/16/2015 | 9055 | $ 936.72 | Lincoln |
| 62 | 7/14/2015 | 9108 | $ 936.72 | Lincoln |
| 63 | 8/12/2015 | 9173 | $ 936.72 | Lincoln |
| 64 | 9/21/2015 | 9247 | $ 936.72 | Lincoln |
| 65 | 10/17/2015 | 9291 | $ 936.72 | Lincoln |
| Subtotal | | | $ 33,721.92 | |

| TOTAL | | | $ 57,486.65 | |