**EXHIBIT J**

## Checks Payable to Lawyers

| # | Date | Check # | Amount | Payee | Note |
|---|------|---------|--------|-------|------|
| 1 | 2/27/2013 | 7195 | $7,500 | McCathern | Malvino |
| 2 | 3/20/2013 | 6996 | $500 | Nagash | |
| 3 | 4/20/2013 | 6997 | $500 | Nagash | |
| 4 | 4/20/2013 | 7244 | $550 | Nagash | |
| 5 | 5/20/2013 | 7245 | $550 | Nagash | |
| 6 | 6/20/2013 | 7246 | $550 | Nagash | |
| 7 | 7/21/2013 | 7552 | $2,500 | Raiser & Kenniff PC | Malvino |
| 8 | 7/20/2013 | 7247 | $550 | Nagash | |
| 9 | 8/20/2013 | 7248 | $550 | Nagash | |
| 10 | 9/20/2013 | 7714 | $2,500 | Raiser & Kenniff PC | Malvino |
| 11 | 10/20/2013 | 7250 | $550 | Nagash | |
| 12 | 11/20/2013 | 7251 | $550 | Nagash | |
| 13 | 12/13/2013 | 7891 | $2,500 | Raiser & Kenniff PC | Malvino |
| 14 | 12/20/2013 | 7252 | $550 | Nagash | |
| 15 | 1/20/2014 | 7253 | $550 | Nagash | |
| 16 | 2/20/2014 | 7254 | $550 | Nagash | |
| 17 | 3/20/2014 | 7255 | $550 | Nagash | |
| 18 | 5/5/2014 | 8203 | $2,500 | McCathern | |
| 19 | 3/14/2014 | 7955 | $600 | Nagash | |
| 20 | 4/15/2014 | 7956 | $600 | Nagash | |
| 21 | 5/15/2014 | 7957 | $600 | Nagash | |
| 22 | 6/15/2014 | 7958 | $600 | Nagash | |
| 23 | 7/15/2014 | 7959 | $600 | Nagash | |
| 24 | 8/15/2014 | 7960 | $600 | Nagash | |
| 25 | 9/2/2014 | 8506 | $6,500 | Raiser & Kenniff PC | Malvino |
| 26 | 9/15/2014 | 8441 | $650 | Nagash | |
| 27 | 10/1/2014 | 8576 | $487.59 | Atty Delluniversita | Malvino |
| 28 | 11/3/2014 | 8605 | $10,000 | McCathern | Malvino |
| 29 | 11/4/2014 | 8613 | $10,000 | McCathern | Malvino |
| 30 | 11/15/2014 | 8443 | $650 | Nagash | |
| 31 | 12/15/2014 | 8444 | $650 | Nagash | |
| 32 | 1/15/2015 | 8445 | $650 | Nagash | |
| 33 | 2/15/2015 | 8446 | $650 | Nagash | |
| 34 | 2/2/2015 | 8797 | $2,500 | ==Raiser & Kenniff PC== | Malvino |
| 35 | 3/5/2015 | 8825 | $650 | Nagash | |
| 36 | 3/6/2015 | 8868 | $724 | Atty Delluniversita | Malvino |
| 37 | 4/15/2015 | 8826 | $650 | Nagash | |
| 38 | 3/22/2015 | 8894 | $500 | Raiser & Kenniff PC | Malvino |
| 39 | 4/13/2015 | 8933 | $65 | Nassau County Clerk | |
| 40 | 5/5/2015 | 8827 | $650 | Nagash | |
| 41 | 11/28/2015 | 8960 | $2,430 | Atty Delluniversita | |
| 42 | 6/5/2015 | 8828 | $650 | Nagash | |
| 43 | 6/12/2015 | 9054 | $3,180 | Atty Delluniversita | |

## Checks Payable to Lawyers

| # | Date | Check # | Amount | Payee | |
|---|---|---|---|---|---|
| 44 | 7/5/2015 | 8829 | $650 | Nagash | |
| 45 | 8/5/2015 | 8830 | $650 | Nagash | |
| 46 | 8/10/2015 | 9161 | $7,500 | McCathern | Malvino |
| 47 | 8/14/2015 | 9178 | $485 | Atty Delluniversita | |
| 48 | 8/11/2015 | 9167 | $485 | Atty Delluniversita | |
| 49 | 8/19/2015 | 9186 | $242.50 | Atty Delluniversita | |
| 50 | 8/26/2015 | 9197 | $1,249 | Atty Delluniversita | |
| 51 | 10/15/2015 | 9215 | $650 | Nagash | |
| 52 | 11/15/2016 | 9216 | $650 | Nagash | |
| 53 | 12/15/2015 | 9217 | $650 | Nagash | |
| 54 | 1/15/2016 | 9218 | $650 | Nagash | |
| 55 | 2/15/2016 | 9219 | $650 | Nagash | |
| | | | **$84,898** | | |