**EXHIBIT K**

Checks Payable to Oxford Health Ins.

| | Oxford Last Updated 3/19/19 | | |
|---|---|---|---|
| | Date | Check # | Amount |
| 1 | 10/10/2012 | 6664 | 5,512.79 |
| 2 | 11/13/2012 | 6897 | 5,512.79 |
| 3 | 12/11/2012 | 6992 | 3,783.37 |
| | **Subtotal 2012** | | **14,808.95** |
| 4 | 1/8/2013 | 7059 | $5,837.32 |
| 5 | 3/5/2013 | 7213 | $3,783.47 |
| 6 | 4/9/2013 | 7293 | $3,783.37 |
| 7 | 5/5/2013 | 7366 | $4,535.55 |
| 8 | 6/6/2013 | 7445 | $4,535.45 |
| 9 | 7/3/2013 | 7515 | $4,535.55 |
| 10 | 8/8/2013 | 7595 | $4,535.55 |
| 11 | 9/9/2013 | 7681 | $4,535.55 |
| 12 | 10/1/2013 | 7740 | $4,535.55 |
| 13 | 11/8/2013 | 7820 | $4,535.55 |
| 14 | 12/6/2013 | 7870 | $4,043.09 |
| | **Subtotal 2013** | | **$49,196.00** |
| 15 | 1/3/2014 | 7921 | $3,850.73 |
| 16 | 2/3/2014 | 7990 | $3,850.73 |
| | **Subtotal 2014** | | **$7,701.46** |
| | | **TOTAL** | **$71,706.41** |