
**Moritt Hock & Hamroff** LLP
ATTORNEYS AT LAW

Danielle J. Marlow
Partner
Direct Dial: (516) 880-7205
Email: dmarlow@moritthock.com

November 13, 2019

**<u>Via ECF</u>**

The Honorable Magistrate Judge James Orenstein
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: ***Stevens Baldo Lighty, PLLC v. Anthony J. Delluniversita, et al.,***
      <u>**Civil Action No.: 2:18-cv-1600 (the "Action")**</u>

Dear Judge Orenstein:

   We write on behalf of all parties to advise the Court that the parties reached a settlement in principle of the Action during a mediation session conducted November 11, 2019 with mediator Stephen P. Younger, Esq. The parties will be drafting formal settlement documents in the immediate future.

   Pursuant to the negotiated terms, the parties anticipate filing a stipulation to discontinue the Action on or before January 15, 2020. We would respectfully request that the Action be stayed until January 15, 2020. Should Your Honor have any questions or concerns, the parties would be happy to discuss the Action or settlement thereof further by phone.

   The parties appreciate the Court's attention to the foregoing.

            Respectfully submitted,

            Danielle J. Marlow

cc. Kenneth G. Walsh, Esq. (via ECF)
  Vito A. Palmieri, Esq. (via ECF)
  Stephen P. Younger, Esq. (via e-mail)